UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL L GREENE #22768-058** | **CASE NO. 1:25-CV-00538 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MIRANDA BORDELON ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 37], Plaintiff Michael Greene's written and filed objections thereto [Doc. No. 39], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Greene's Complaint [Doc. No. 1], seeking injunctive and monetary relief under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), is **DENIED** and **DISMISSED WITH PREJUDICE** for not stating a viable claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

MONROE, LOUISIANA, this 13th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE